LAW OFFICE OF
# JOSHUA A. MILLICAN, P.C.

THE GRANT BUILDING, SUITE 607
44 BROAD STREET, N.W.
ATLANTA, GEORGIA 30303
EMAIL: JOSHUA.MILLICAN@LAWOFFICEPC.COM

TELEPHONE: (404) 522-1152

FACSIMILE: (404) 522-1133

August 26, 2011



**Via Certified Mail**
**Return Receipt Requested**

Core-Mark International, Inc.
Attn: Tiffany C. Carter, HR Director
Attn: Dan Wyman, Division President
4820 North Church Lane SE
Smyrna, GA 30080-7210

*RE:*   Kenneth Cage v. Core-Mark International, Inc.
        In the Superior Court of Fulton County
        Civil Action No. 2011CV203946

Dear Ms. Carter and Mr. Wyman:

Please be advised the undersigned represents Kenneth Cage regarding FLSA claims to recover money damages for unpaid wages and overtime wages owed to him and all other similarly situated warehouse workers of Core-Mark International, Inc.

Additionally, my client has authorized me to enter into settlement discussions regarding these FLSA claims on behalf of the opt-in class, and I hope that we can reach an amicable resolution to this matter without the necessity of expensive and protracted litigation.

Kindly contact my office at your earliest convenience to discuss.

Very truly yours,

Joshua A. Millican

JAM/md
cc:   Mr. Kenneth Cage

Law Office Of
JOSHUA A. MILLICAN, P.C.
The Grant Building, Suite 607
44 Broad Street, N.W.
Atlanta, Georgia 30303

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7006 3450 0000 3255 4729

UNITED STATES POSTAGE
$005.59°
0003255417 AUG 26 2011
MAILED FROM ZIP CODE 30303

Core-Mark International, Inc.
Attn: Tiffany C. Carter, HR Director
Attn: Dan Wyman, Division President
4820 North Church Lane SE
Smyrna, GA 30080-7210

30080472I0

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| KENNETH CAGE, Individually, and on behalf of all persons others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CORE-MARK INTERNATIONAL, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.: 2011CV203946

Jury Trial Demanded

RECEIVED

### SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Joshua A. Millican
Law Office of Joshua A. Millican, P.C.
44 Broad Street NW, Suite 607
Atlanta, Georgia 30303

an answer to the complaint which is herewith served upon you, within 30 days after the service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This ___2___ day of ___Aug___, 2011.

Clerk of Superior Court

By _____
　　　　　Deputy Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

KENNETH CAGE, Individually, and on behalf of
all persons others similarly situated,

                      Plaintiff,

    vs.

CORE-MARK INTERNATIONAL, INC.,

                      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

**FILED IN OFFICE**

AUG - 2 2011

DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

Civil Action No.: 2011CV203946

Jury Trial Demanded

**RECEIVED**

## COMPLAINT

This is an action pursuant to the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. § 201 *et seq.*, to recover money damages and for other relief for unpaid overtime owed to Kenneth Cage ("Plaintiff") and all other similarly situated persons.

## PARTIES

### 1.

Plaintiff Kenneth Cage is a current employee of Defendant who has been employed by Defendant in its warehouse in Smyrna, Georgia, since November 2007.

### 2.

Plaintiff brings this action on behalf of himself and all other similarly situated current and former employees of Defendant who consent to the representation, pursuant to 29 U.S.C. § 216(b). Plaintiff's consent to serve as employee representative is attached hereto as Exhibit "A" and incorporated herein.

### 3.

Plaintiff is an "employee" within the meaning of 29 U.S.C. §203(e).

i

4.

Defendant Core-Mark International, Inc. is a Delaware corporation that does business and operates in the State of Georgia. Defendant Core-Mark may properly be served with process at one of its local warehouses in Fulton County at 3655 Atlanta Industrial Drive Northwest, Atlanta GA 30331-1040 or in Cobb County at 4820 North Church Lane, Smyrna, Georgia 30080, through an authorized agent.

5.

Defendant is subject to the jurisdiction of this Court and venue is proper.

6.

Defendant is a leading distributor and marketer of consumer packaged goods to the convenience retail industry and is an "employer" within the meaning of 29 U.S.C. § 203(d).

## FACTUAL ALLEGATIONS COMMON TO PLAINTIFF
## AND THE CLASS HE REPRESENTS

7.

This action is brought by Plaintiff on behalf of all current and former employees of Defendant for violations of the FLSA based upon Defendant's systematic failure to properly compensate them for all hours worked and overtime worked and earned.

8.

Plaintiff and the class he represents all were employees engaged in commerce and were employed by an enterprise engaged in commerce, *i.e.* working in a warehouse for a distributor and marketer of consumer packaged goods to the convenience retail industry under various job titles in more than twenty locations across the nation.

9.

2

The work period of Plaintiff and the class he represents consisted of a seven (7) day calendar week.

10.

Plaintiff and the class he represents were paid on an hourly basis and were not paid on a salary basis.

11.

Throughout Plaintiff's employment with Defendant, he often worked in excess of forty (40) hours per week.

12.

The time worked by the Plaintiff and each member of the class he represents was recorded by a time clock under the exclusive custody and control of Defendant.

13.

Defendant's payroll system did not properly calculate the hours worked by Plaintiff and each member of the class he represents.

14.

By not properly calculating the hours worked, Defendant's payroll system did not properly calculate the money owed by Defendant to Plaintiff and each member of the class he represents.

15.

Defendant did not properly calculate the number of hours worked or properly calculate the pay for Plaintiff and each member of the class he represents for all hours worked and overtime hours worked in excess of forty (40).

16.

3

Defendant has failed to meet the requirements for any of the exemptions from application of the overtime compensation requirements of the FLSA for Plaintiff and each member of the class he represents.

17.

Plaintiff and each member of the class he represents were required to be compensated at their hourly rate for each hour worked up to forty (40) hours in a given week.

18.

Plaintiff and each member of the class he represents were required to be compensated at a rate of one and one-half times their hourly rate for each hour worked in excess of forty (40) hours in a given week.

19.

In failing or refusing to pay Plaintiff and the class he represents as required by the FLSA, Defendant has not relied on any letter ruling from the Department of Labor indicating that Plaintiff and the class he represents were not entitled to payment for all hours worked or for overtime.

20.

Defendant has refused to adequately compensate Plaintiff and the class he represents for all hours worked and for hours worked in excess of forty (40) hours per week at the rates required by law.

## COUNT I – VIOLATION OF THE FAIR LABOR STANDARDS ACT

21.

Plaintiff realleges paragraphs 1 through 20 as if fully set forth herein.

22.

4

At all times during their employment, Plaintiff and the class he represents were employees required to be paid for all hours worked and overtime for all time actually worked in excess of forty (40) hours per week at one and one-half times their regular rate of pay.

23.

Since on or about August 2, 2008, through the filing of this Complaint, Defendant has violated the provisions of the FLSA, 29 U.S.C. § 206, § 207 and §215 by failing to pay Plaintiff and the class he represents for all hours worked and overtime for all time actually worked in excess of forty (40) hours per week at one and one-half times their regular rate of pay.

24.

Defendant's failure to compensate Plaintiff and the class he represents for all hours worked and overtime for all time actually worked in excess of forty (40) hours per week at one and one-half times their regular rate of pay is an intentional violation of the FLSA.

25.

The foregoing conduct, as alleged, constitutes a willful violation of the FLSA within the meaning of 29 U.S.C. § 255(a) as Defendant knew, or showed reckless disregard for the fact that its compensation practices and failure to compensate Plaintiff and the class he represents, for all hours worked and overtime for all time actually worked in excess of forty (40) hours per week at one and one-half times their regular rate of pay, was in violation of these laws.

26.

Said intentional and willful violations give rise to claims for relief under the FLSA for the Plaintiff and for each member of the class he represents for unpaid wages for all hours worked and unpaid overtime for all time actually worked in excess of forty (40) hours per week at one and one-half times their regular rate of pay for three (3) years prior to the filing of this

Complaint, liquidated damages in an amount equal to the unpaid compensation, declaratory and injunctive relief, and reasonable attorneys' fees and expenses of litigation, pursuant to 29 U.S.C. § 216.

27.

By failing to accurately record, report, and/or preserve records of hours worked by Plaintiff and the similarly situated employees, Defendant has failed to make, keep, and preserve records with respect to each of its employees sufficient to determine their wages, hours, and other conditions and practice of employment, in violation of the FLSA, 29 U.S.C. § 201 *et seq.*

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of all other persons similarly situated, requests this Court:

(a)     Take jurisdiction of this matter;

(b)     Permit this action to proceed as an FLSA collective action pursuant to 29 U.S.C. § 216(b) for those employees, past and present, who opt in to participate by filing proper written notice with the Court;

(c)     Issue a judgment declaring that Plaintiff and the class he represents were covered by the provisions of the FLSA and that Defendant has failed to comply with the requirements of the FLSA;

(d)     Issue a Judgment against Defendant that its violations of the FLSA were willful;

(e)     Award Plaintiff and each member of the class he represents payment for unpaid wages for hours worked and unpaid overtime for all time actually worked in excess of forty (40) hours per week at one and one-half times their regular rate of pay for the three (3) years preceding the filing of this Complaint;

6

(f)     Award Plaintiff and each member of the class he represents payment of liquidated damages equaling 100% of their unpaid wages and unpaid overtime wages;

(g)     Award Plaintiff and each member of the class he represents prejudgment interest;

(h)     Award Plaintiff and each member of the class he represents reasonable attorneys' fees and costs incurred in prosecuting these claims;

(i)     Grant leave to add additional Plaintiff by motion, the filing of written consent forms, or any other method approved by the Court;

(j)     Grant leave to amend to add claims under applicable state and federal laws;

(k)     Grant lave to amend to add other defendants who meet the definition of Plaintiff "employer," 29 U.S.C. § 203(d), as may be determined at a later time;

(l)     Issue an order requiring Defendant to preserve all electronically stored information relevant to this lawsuit;

(m)     Issue preliminary and permanent injunctions directing the Defendant to comply with the provisions of the FLSA; and

(n)     Award any such further relief as the Court deems just, equitable and proper.

## JURY DEMAND

Plaintiff, individually and on behalf of all other persons similarly situated, hereby demands a trial by jury to the extent authorized under the law.

**[signature on following page]**

7

Respectfully submitted this 2nd day of August, 2011.

Respectfully submitted,

Joshua A. Millican
Georgia Bar No. 508998
LAW OFFICE OF JOSHUA A. MILLICAN, P.C.
The Grant Building, Suite 607
44 Broad Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 522-1152
Facsimile: (404) 522-1133

**Counsel for Plaintiff**

8

# EXHIBIT A

### CONSENT TO SERVE AS A
### PLAINTIFF REPRESENTATIVE UNDER THE
### FAIR LABOR STANDARDS ACT (29 U.S.C. § 201, ET SEQ.)

I, Kenneth Cage, hereby consent to serve as a Plaintiff and Plaintiff Representative in a lawsuit against Core-Mark International, Inc. and/or any other Core-Mark subsidiary, related corporations, limited liability companies, entities, firms or persons and to represent the interests of the class members with respect to all cognizable claims for unpaid wages, overtime compensation and any other benefits available under the Fair Labor Standards Act and other applicable laws, in accordance with a confidential Employment Agreement executed by the undersigned for such purpose.

This 1 day of August , 2011.

Kenneth Cage

Signature

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

FILED IN OFFICE

SEP 0 8 2011

DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

KENNETH CAGE, Individually, and on behalf )
of all others similarly situated, )
)
Plaintiff, )
)
vs. )
) Civil Action No.: 2011CV203946
CORE-MARK INTERNATIONAL, INC., )
) JUDGE KIMBERLY M. ESMOND ADAMS
Defendant. )
)

NOTICE OF FILING OF
CONSENT TO JOIN COLLECTIVE ACTION

COME NOW Plaintiffs and hereby file the attached Consent to Join Collective Action of

Antonio Boone.

Respectfully submitted this the 8th day of September, 2011.

_____
Joshua A. Millican
Georgia Bar No. 508998
Law Office of Joshua A. Millican, P.C.
The Grant Building, Suite 607
44 Broad Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 522-1152
Facsimile: (404) 522-1133

COUNSEL FOR PLAINTIFFS

- 1 -

## CONSENT TO JOIN COLLECTIVE ACTION AND BE REPRESENTED BY
## LAW OFFICE OF JOSHUA A. MILLICAN, P.C.

I, Antonio L Brones, hereby consent to join the above-styled lawsuit seeking damages for unpaid wages, overtime compensation, liquidated damages, prejudgment interest, attorneys' fees, and costs from Core-Mark International, Inc. ("Defendant") under the Fair Labor Standards Act ("FLSA").

I am similarly situated to the named Plaintiff in this matter because I performed similar duties for the Defendant and was paid hourly, which is in the same regard as the named Plaintiff.

By filing this consent, I hereby designate the named Plaintiff as my agent(s) to make decisions on my behalf concerning this FLSA litigation against Defendant, including, but not limited to, the method and manner of conducting this litigation, whether to enter into settlement agreements, whether to enter into agreements with Plaintiff's counsel concerning attorneys' fees and costs, and with respect to all other matters pertaining to this FLSA litigation against Defendant. I understand that if I file this consent, I will be bound by the decisions made and agreements entered into by the named Plaintiff.

I agree to be represented by the Law Office of Joshua A. Millican, P.C., who is counsel for the named Plaintiff.

I acknowledge and agree that by executing and filing this consent, I will be bound by any judgment of the Court or the terms of any settlement reached between the named Plaintiff and Defendant, without regard to whether such judgment or settlement is favorable or unfavorable. I understand that I will be entitled to share in any recovery by the named Plaintiff and, further, that if no monetary judgment or settlement is obtained, I will receive nothing.

I acknowledge and agree that this consent is intended to be filed to participate in an action seeking to recover unpaid wages and overtime compensation alleged to be owed to me by Defendant, whether such allegations are made in this litigation or a subsequent suit that may be filed on my behalf. If this consent is not executed and filed in this litigation within the time provided by the Court, it may be used in subsequent case for the same purpose.

I hereby consent to join in this lawsuit.

SO AGREED, this ___1___ day of August, 2011.


Antonio X Boone sr
Signature

Printed Name: Antonio L Boone sr

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

KENNETH CAGE, Individually, and on behalf )
of all others similarly situated,                         )
                                                                        )
                                 Plaintiff,                       )
                                                                        )
        vs.                                                            )
                                                                        )   Civil Action No.: 2011CV203946
CORE-MARK INTERNATIONAL, INC.,          )
                                                                        )   JUDGE KIMBERLY M. ESMOND ADAMS
                                 Defendant.                     )
                                                                        )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing

Notice of Filing of Consent to Join Collective Action (of Antonio Boone) upon Defendant herein

in this matter by depositing a copy of same in the United States mail with adequate postage

thereon (a courtesy copy was sent via facsimile) properly addressed as follows:

Core-Mark International, Inc.
ATTN: Legal Department
ATTN: Tiffany Carter, HR
ATTN: Dan Wyman, Division President
4820 North Church Lane
Smyrna, Georgia 30080

Respectfully submitted this the 8th day of September, 2011.

Joshua A. Millican
Georgia Bar No. 508998
Law Office of Joshua A. Millican, P.C.
The Grant Building, Suite 607
44 Broad Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 522-1152
Facsimile: (404) 522-1133

COUNSEL FOR PLAINTIFFS

- 1 -

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

FILED IN OFFICE

SEP 0 8 2011

DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

KENNETH CAGE, Individually, and on behalf )
of all others similarly situated,             )
                                              )
                    Plaintiff,                )
                                              )
        vs.                                   )
                                              )   Civil Action No.: 2011CV203946
CORE-MARK INTERNATIONAL, INC.,                )
                                              )   JUDGE KIMBERLY M. ESMOND ADAMS
                    Defendant.                )
                                              )

NOTICE OF FILING OF
CONSENT TO JOIN COLLECTIVE ACTION

COME NOW Plaintiffs and hereby file the attached Consent to Join Collective Action of

David Porter.

Respectfully submitted this the 8th day of September, 2011.

_____
Joshua A. Millican
Georgia Bar No. 508998
Law Office of Joshua A. Millican, P.C.
The Grant Building, Suite 607
44 Broad Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 522-1152
Facsimile: (404) 522-1133

COUNSEL FOR PLAINTIFFS

- 1 -

### CONSENT TO JOIN COLLECTIVE ACTION AND BE REPRESENTED BY
### LAW OFFICE OF JOSHUA A. MILLICAN, P.C.

I, _David Porter_, hereby consent to join the above-styled lawsuit seeking damages for unpaid wages, overtime compensation, liquidated damages, prejudgment interest, attorneys' fees, and costs from Core-Mark International, Inc. ("Defendant") under the Fair Labor Standards Act ("FLSA").

I am similarly situated to the named Plaintiff in this matter because I performed similar duties for the Defendant and was paid hourly, which is in the same regard as the named Plaintiff.

By filing this consent, I hereby designate the named Plaintiff as my agent(s) to make decisions on my behalf concerning this FLSA litigation against Defendant, including, but not limited to, the method and manner of conducting this litigation, whether to enter into settlement agreements, whether to enter into agreements with Plaintiff's counsel concerning attorneys' fees and costs, and with respect to all other matters pertaining to this FLSA litigation against Defendant. I understand that if I file this consent, I will be bound by the decisions made and agreements entered into by the named Plaintiff.

I agree to be represented by the Law Office of Joshua A. Millican, P.C., who is counsel for the named Plaintiff.

I acknowledge and agree that by executing and filing this consent, I will be bound by any judgment of the Court or the terms of any settlement reached between the named Plaintiff and Defendant, without regard to whether such judgment or settlement is favorable or unfavorable. I understand that I will be entitled to share in any recovery by the named Plaintiff and, further, that if no monetary judgment or settlement is obtained, I will receive nothing.

I acknowledge and agree that this consent is intended to be filed to participate in an action seeking to recover unpaid wages and overtime compensation alleged to be owed to me by Defendant, whether such allegations are made in this litigation or a subsequent suit that may be filed on my behalf. If this consent is not executed and filed in this litigation within the time provided by the Court, it may be used in subsequent case for the same purpose.

I hereby consent to join in this lawsuit.

SO AGREED, this 5ᵗʰ day of August, 2011.

_____
Signature

Printed Name: _DAvid L. PortER_

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

KENNETH CAGE, Individually, and on behalf )
of all others similarly situated,           )
                                            )
                Plaintiff,                  )
                                            )
    vs.                                     )
                                            )   Civil Action No.: 2011CV203946
CORE-MARK INTERNATIONAL, INC.,              )
                                            )   JUDGE KIMBERLY M. ESMOND ADAMS
                Defendant.                  )
                                            )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing

Notice of Filing of Consent to Join Collective Action (of David Porter) upon Defendant herein in

this matter by depositing a copy of same in the United States mail with adequate postage thereon

(a courtesy copy was sent via facsimile) properly addressed as follows:

Core-Mark International, Inc.
ATTN: Legal Department
ATTN: Tiffany Carter, HR
ATTN: Dan Wyman, Division President
4820 North Church Lane
Smyrna, Georgia 30080

Respectfully submitted this the 8th day of September, 2011.

Joshua A. Millican
Georgia Bar No. 508998
Law Office of Joshua A. Millican, P.C.
The Grant Building, Suite 607
44 Broad Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 522-1152
Facsimile: (404) 522-1133

COUNSEL FOR PLAINTIFFS

- 1 -