UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENNETH CAGE, individually and on behalf of all persons similarly situated, <br><br>       Plaintiff, <br><br>    v. <br><br>CORE-MARK INTERNATIONAL, INC., <br><br>       Defendant. | CIVIL ACTION NO. <br><br> 1:11-CV-3214-CAP |

# **O R D E R**

This action came before the Court on the parties' Joint Motion to Approve Settlement in this FLSA Collective Action [Doc. No. 38].

Therein, the parties properly sought Final Approval of the terms of their Settlement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." (citations omitted)).

Having reviewed the Joint Motion, the Brief in Support thereof, the record, and the details of the settlement, the Court concludes that the terms

of the settlement are (1) fair to named Plaintiff and Opt-in Plaintiffs (collectively "Plaintiffs"); (2) reflects a reasonable compromise over the issues that are actually in dispute in this case; (3) demonstrates a good-faith intention by the parties that the Plaintiffs' claims be fully and finally resolved.

Furthermore, the settlement (1) was reached in an adversarial context as the result of arms-length negotiations between the parties; (2) arrived at a fair disposition of the claims; and (3) arrived at a fair and reasonable settlement of the attorneys' fees and costs of litigation. *See generally, Lynn's Food Stores, Inc.*, 679 F.2d 1350.

Accordingly, the motion [Doc. No. 38] is GRANTED and the settlement is hereby APPROVED by the Court as a final, fair, adequate and reasonable resolution of this Action;

IT IS FURTHER ORDERED that the Settlement Agreement, attached to this order as Exhibit 1, is incorporated into this Order, and Defendant shall make payments to each of the Plaintiffs as set forth in the Settlement Agreement. The clerk is DIRECTED to file the attached agreement UNDER SEAL.

IT IS FURTHER ORDERED that the Defendant shall pay Plaintiffs reasonable attorneys' fees and expenses in the amounts requested,

specifically having found that the requested hourly rate of $360.00 is reasonable for Joshua A. Millican and Lisa T. Millican.

IT IS FURTHER ORDERED that that this matter be DISMISSED WITH PREJUDICE.

**SO ORDERED** this 22nd day of October, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge